BME:kma
AO 91 (Rev. 11/11) Criminal Complaint

2020R00283

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.   Case No.   20-mj-422 KMM

JESSICA LYNN WHITE

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 28, 2020, in Ramsey County, in the State and District of Minnesota, defendant

conspired with Co-Conspirator 1 and Co-Conspirator 2 to commit arson on property used in interstate commerce, in violation of Title 18, United States Code, Section 844(i), all in violation of Title 18, United States Code, Section 371 (Count 1)

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

_____
Complainant's signature

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime and email
pursuant to Fed. R. Crim. P. 41(d)(3).

Kylie Williamson, Special Agent
_____
Printed name and title

Date: June 16, 2020

_____
Judge's Signature

City and State: Minneapolis, MN

Kate M. Menendez
United States Magistrate Judge
_____
Printed Name and Title