UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-MJ-_422_(KMM)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JESSICA LYNN WHITE,

        Defendants.

**FILED UNDER SEAL
PURSUANT TO ORDER**

**ORDER TO SEAL**

The United States submitted a motion requesting that the Court seal the Complaint and accompanying Affidavit in the above-referenced case until December 16, 20200. The affidavit and complaint involves an uncharged juvenile, and an alleged co-conspirator who has not been apprehended. Therefore, the Court determines that good cause exists to allow the request for temporarily sealing. The Complaint and Affidavit shall be unsealed for Ms. White.

Accordingly, IT IS HEREBY ORDERED that the United States' motion to seal is GRANTED.

Dated: June 20, 2020

                                      _____
                                      The Honorable Kate M. Menendez
                                      United States Magistrate Judge