# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE (via video conference)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: David T. Schultz |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:  20-mj-422 KMM |
| | ) | Date:  June 17, 2020 |
| Jessica Lynn White, | ) | Courthouse:  Minneapolis |
| | ) | Video Conference |
| Defendant, | ) | Time Commenced:  1:27 p.m. |
| | | Time Concluded:  1:33 p.m. |
| | | Time in Court:  6 minutes |

APPEARANCES:

Plaintiff: Jordan Sing, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Public Defender
    X FPD        X To be appointed

Date Charges Filed:   6/16/2020        Offense: Conspiracy to commit arson

    X Waived Reading of Charges        X Advised of Rights

on     X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is June 19, 2020, at 3:15 p.m. via video conference before U.S. Magistrate Judge David T. Schultz for:
    X Detention hrg        X Preliminary Examination

Additional Information:
X Defendant consents to this hearing via video conference.

s/Amy Halverson
Signature of Courtroom Deputy