UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20MJ422 KMM

United States of America,

          Plaintiff,

v.                              **ORDER FOR APPOINTMENT OF COUNSEL**

Jessica Lynn White,

          Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Catherine Turner, Attorney ID 0349057, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: June 18, 2020                       *s/ David T. Schultz*
                                                Honorable David T. Schultz
                                                United States Magistrate Judge

cc: Lisa Smith and DC