BME:kma
AO 442 (Rev. 11/11) Arrest Warrant

20mj422 KMM

**RECEIVED**

JUN 17 2020

2020R00283

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.                                    Case No.

JESSICA LYNN WHITE

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JESSICA LYNN WHITE,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment     ___ Superseding Indictment     ___ Information     ___ Superseding Information     **X** Complaint
___ Probation Violation Petition     ___ Supervised Release Violation Petition     ___ Violation Notice     ___ Order of the Court

On or about May 28, 2020, in Ramsey County, in the State and District of Minnesota, defendant conspired with Co-Conspirator 1 and Co-Conspirator 2 to commit arson on property used in interstate commerce, in violation of Title 18, United States Code, Section 844(i), all in violation of Title 18, United States Code, Section 371 (Count 1)

Date: June 16, 2020

*Issuing officer's signature*

City and State: Minneapolis, MN

Kate M. Menendez
United States Magistrate Judge
*Printed Name and Title*

---

### Return

This warrant was received on *(date)* 6/16/20, and the person was arrested on *(date)* 6/16/20
at *(city and state)* Elk River.

Date: 6/16/20

*Arresting officer's signature*

ATF S/A Kyle Williamson
*Printed name and title*

**SCANNED**
JUN 18 2020
U.S. DISTRICT COURT ST. PAUL