# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | **COURT MINUTES – CRIMINAL (via video conference)** |
| )  Plaintiff,    ) | BEFORE:  David T. Schultz |
| )   v.    ) | U.S. Magistrate Judge |
| ) Jessica Lynn White,    ) | |
| )   Defendant.    ) | |

| | |
|---|---|
| Case No: | 20-mj-422 KMM |
| Date: | June 19, 2020 |
| Court Reporter: | Tim Willette |
| Courthouse: | Minneapolis Video Conference |
| Time Commenced: | 3:23 p.m. |
| Time Concluded: | 4:23 p.m. |
| Time in Court: | 1 hour |

X **PRELIMINARY/DETENTION HRG**
  Time in Court Prelim/Det: 30 minutes/ 30 minutes

APPEARANCES:

  Plaintiff: Bradley Endicott, Assistant U.S. Attorney
  Defendant:  Catherine Turner,
          X CJA

On    X Complaint

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Probable cause found. Deft bound over to District Court of Minnesota

X Government moves to unseal the complaint only.    X Motion Granted

Additional Information:

Defendant consents to this hearing via video conference.

Kylie Williamson testified.

                                                                   s/Sarah Erickson
                                                              Signature of Courtroom Deputy