UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-mj-422 (KMM)

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　**MOTION TO DISMISS**

JESSICA LYNN WHITE,

    Defendant.

The United States of America, by and through its attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and Bradley M. Endicott, Assistant United States Attorney, hereby moves the Court for an order dismissing the Complaint against the above-named defendant, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: August 14, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ERICA H. MacDONALD
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*s/ Bradley M. Endicott*

　　　　　　　　　　　　　　　　　　　　BY:  BRADLEY M. ENDICOTT
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorney ID No. 0349872