UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-mj-422 (KMM)

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESSICA LYNN WHITE,

Defendant.

**ORDER OF DISMISSAL**

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED and the Complaint against the above-named defendant is dismissed.

Dated: August 17, 2020

_____
Becky R. Thorson
United States Magistrate Judge